IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIRK ABBAS,                                6:11-CV-06200-SU

      Plaintiff,                        ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

      Defendant.

BROWN, Judge.

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#19) on August 22, 2012, in which she recommends this Court reverse and remand the Commissioner's decision denying Plaintiff's application for supplemental security income benefits for further administrative proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and

1 -   ORDER

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#19). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 19th day of September, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER