IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DIRK ABBAS,** | 6:11-CV-06200-SU |
|     **Plaintiff,** | **JUDGMENT OF REMAND** |
| **v.** | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner, Social Security**<br>**Administration,** | |
|     **Defendant.** | |

**BROWN, Judge.**

    Based on the Court's Order (21) issued September 19, 2012, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 19th day of September, 2012.

    /s/ Anna J. Brown

    ANNA J. BROWN
    United States District Judge

1 - JUDGMENT OF REMAND