IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DIRK ABBAS,**                                                                      6:11-CV-06200-SU

       **Plaintiff,**                                                       **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

       **Defendant.**

**BROWN, Judge.**

    Based on the Court's Order (21) issued September 19, 2012, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 19th day of September, 2012.

                                          /s/ Anna J. Brown

                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT OF REMAND